IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRENT THOMAS,

      Appellant,

v.

      Case No. 5D21-2477
      LT Case Nos. 2019-CF-789
      2019-CF-791

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Osceola County,
Mikaela Nix-Walker, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Trent Thomas, Zephyrhills, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.